1006

No. 78–5445. STONE v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 78–5451. PRINCE ET AL. v. UNITED STATES; and
No. 78–5465. FOSTER v. UNITED STATES. C. A. D. C. Cir.
Certiorari denied. Reported below: 190 U. S. App. D. C. 16,
584 F. 2d 997.

No. 78–5475. MARTINA v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 78–5513. HOMAN v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 78–5558. HOFFMAN v. BLACKBURN, WARDEN. C. A.
5th Cir. Certiorari denied.

No. 78–5561. BAILEY v. MITCHELL, WARDEN. C. A. 4th
Cir. Certiorari denied.

No. 78–5566. MONROE v. UNITED STATES. Ct. App. D. C.
Certiorari denied.

No. 78–5567. MACUMBER v. ARIZONA. Sup. Ct. Ariz.
Certiorari denied.

No. 78–5568. REICH v. DOW BADISCHE CO. ET AL. C. A.
2d Cir. Certiorari denied.

No. 78–5642. ADAMS v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 78–5655. MARTIN v. COOPER, U. S. PAROLE COMMIS-
SIONER, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5676. WORCHESTER v. CRISP, WARDEN, ET AL. C. A.
10th Cir. Certiorari denied.